IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Westbrook, Delores Woods | Case Number:  06 B 15252 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  11/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  March 18, 2008
Confirmed:  January 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,800.00 | |
| Secured: | | 37,731.76 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,068.24 |
| Other Funds: | | 0.00 |
| Totals: | 39,800.00 | 39,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 7. | US Bank | Secured | 47,079.30 | 28,405.16 |
| 8. | CitiFinancial | Secured | 1,623.50 | 384.00 |
| 9. | DaimlerChrysler Financial | Secured | 14,946.72 | 3,880.00 |
| 10. | US Bank | Secured | 18,849.97 | 5,062.60 |
| 11. | CitiFinancial | Unsecured | 1,741.07 | 0.00 |
| 12. | Wells Fargo Financial Bank | Unsecured | 5,506.86 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 4,181.37 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 8,729.48 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,154.09 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 103,812.36 | $ 37,731.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 647.58 |
| 5.4% | 1,420.66 |
| | _____ |
| | $ 2,068.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Westbrook, Delores Woods | Case Number:  06 B 15252 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  11/20/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

